IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LAURA H. LIENECK**<br><br>and<br><br>**ROBIN OSTROWSKI**<br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>**MONMOUTH COUNTY PARK SYSTEM**<br><br>and<br><br>**COUNTY OF MONMOUTH**<br>　　　　　　　　　　Defendants. | **CIVIL ACTION NO. 17-5820** |

## ENTRY OF APPEARANCE

TO THE CLERK:

　　　Kindly enter the appearance of Daniel S. Orlow, Esquire, on behalf of the Plaintiffs, Laura Lieneck and Robin Ostrowski, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**CONSOLE MATTIACCI LAW, LLC**

　　　　　　　　　　　By:　*/s/ Daniel S. Orlow*
　　　　　　　　　　　　　　Daniel S. Orlow, Esq.
　　　　　　　　　　　　　　110 Marter Avenue, Suite 502
　　　　　　　　　　　　　　Moorestown, NJ  08057
　　　　　　　　　　　　　　Phone: (856) 854-4000
　　　　　　　　　　　　　　Direct Fax: (215) 689-2110
　　　　　　　　　　　　　　orlow@consolelaw.com

　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
Dated: 3/26/2018　　　　　*Laura Lieneck and Robin Ostroswki*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2018, I caused the foregoing Entry of Appearance to be sent via ECF to counsel for Defendants below:

Paul L. LaSalle, Esquire
CLEARY GIACOBBE ALFIERI JACOBS, LLC
5 Ravine Drive
P.O. Box 533
Matawan, NJ 07747

*Attorney for Defendants*

                                            **CONSOLE MATTIACCI LAW, LLC**

By:   */s/ Daniel S. Orlow*
         Daniel S. Orlow, Esq.
         110 Marter Avenue, Suite 502
         Moorestown, NJ 08057
         Phone: (856) 854-4000
         Direct Fax: (215) 689-2110
         orlow@consolelaw.com

*Attorneys for Plaintiffs*
Dated: 3/26/2018                       *Laura Lieneck and Robin Ostroswki*