UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURA H. LIENECK and ROBIN OSTROWSKI<br><br>Plaintiffs,<br><br>v.<br><br>MONMOUTH COUNTY PARK SYSTEM and COUNTY OF MONMOUTH<br><br>Defendants. | Case No.: 3:17-cv-05820-PGS-TJB<br><br>Civil Action<br><br>**SUBSTITION OF ATTORNEY** |

PLEASE TAKE notice that, upon approval by the Court, the undersigned hereby consents to the substitution of Micci J. Weiss, Esq. (Cleary Giacobbe Alfieri Jacobs LLC), for Paul LaSalle (Merlin Law Group, formerly of Cleary Giacobbe Alfieri Jacobs LLC) as attorney for Defendants Monmouth County Park System and County of Monmouth in the above-referenced matter and agrees to file an appearance in this matter on their behalf within seven (7) days of the date of the approval of said substitution by the Court

**MERLIN LAW GROUP**

By: _____Paul LaSalle_____
   Paul L. Lasalle, Esq.
   Withdrawing Attorney

Dated: August 17, 2018

**CLEARY GIACOBBE ALFIERI JACOBS**

By: /s/ Micci J. Weiss, Esq.
   Micci J. Weiss, Esq.
   Superseding Attorney

Dated: August 17, 2018